AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

JUDITH CLARK,

Plaintiff,

V.

UNIVERSAL DEBT SOLUTIONS, INC.,

Defendant.

JUDGMENT IN A CIVIL CASE

Case: CIVIL 07-00183ACK-LEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 20 2007

at 10 o'clock and 35 min. A M.
SUE BEITIA, CLERK

[✓]  **Decision by Court**. This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Motion for Default Judgment is GRANTED.  DEFAULT JUDGMENT is entered in favor of Plaintiff Judith Clark  and against Defendant Universal Debt Solutions, Inc. and entered as pursuant to the "FINDINGS  AND RECOMMENDATIONS GRANTING PLAINTIFF'S MOTION FOR DEFAULT JUDGMENT" filed on July 24, 2007 and pursuant to the "ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATION" filed on August 16, 2007.

August 20, 2007
_____
Date

SUE BEITIA
_____
Clerk

_____
(By) Deputy Clerk